AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-2115

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Merryll Lynch & Co., Inc.

was received by me on *(date)*  05/01/2015

☐ I personally served the summons on the individual at *(place)*
             on *(date)*           ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*           , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*           , who is
designated by law to accept service of process on behalf of *(name of organization)*
             on *(date)*           ; or

☐ I returned the summons unexecuted because           ; or

☑ Other *(specify)*: Summons and Complaint served via US Certified mail (rr# 70143490000087693012) upon Merryll Lynch & Co, Inc. at Four World Financial Ctr., 250 Vesey St, NY, NY 10080.  A copy is attached hereto.

My fees are $           for travel and $           for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  05/04/2015

*Server's signature*

Matthew Weisberg, Esq.
*Printed name and title*

Weisberg Law
7 S. Morton Ave.
Morton, PA 19070
*Server's address*

Additional information regarding attempted service, etc:

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_  ☐ Agent  ☐ Address

B. Received by (Printed Name): MARIO RUIZ

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Merryll Lynch & Co, Inc.
   d/b/a Bank of America
   Four World Financial Ctr.
   250 Vesey St.
   New York, NY 10080

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 3490 0000 8769 3012

PS Form 3811, July 2013    Domestic Return Receipt