AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-2115

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bank of America
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
   on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   on *(date)*   ; or

☐ I returned the summons unexecuted because    ; or

☑ Other *(specify)*: Summons and Complaint served via US Certified Mail upon Bank of America s/i/i/t Merril Lynch, 3021 Prosperity Church Rd., Charlotte, NC 28269 on 4/27/15. A copy is attached hereto.

My fees are $   for travel and $   for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: 05/04/2015

*Server's signature*

Matthew Weisberg, Esq.
*Printed name and title*

Weisberg Law
7 S. Morton Ave.
Morton, PA 19070
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _SBS_ ☐ Agent ☐ Addressee | |
| | B. Received by (Printed Name) | C. Date of Delive |
| 1. Article Addressed to:<br><br>Bank of America<br>S/l/i/t Merrill Lynch<br>3021 Prosperity Church Rd.<br>Charlotte, NC 28269 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7014 3490 0000 8769 3005 | |
| PS Form 3811, July 2013 | Domestic Return Receipt | |