

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers



Philadelphia Association
of Professional Process Servers

Bruce Goodman

-VS-

Bank of America, et al

**COURT** United States District Court
Eastern District of Pennsylvania

**COUNTY**

**CASE NUMBER** 15-2115

## AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA:**
**COUNTY OF PHILADELPHIA:**

**B&R Control #**    PS021531 - 3
**Reference Number**

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On April 27, 2015 we received the SUMMONS AND COMPLAINT / NOTICE OF PROCEDURE TO CONSENT / CIVIL COVER SHEET / CASE MANAGEMENT TRACK DESIGNATION FORM / DEMAND FOR JURY TRIAL , and that service was effected upon   MICHAEL J. HABERMAN   at Merrill Lynch & Co., Inc. and/or Bank of America - 8380 Old York Road, Suite 400 Elkins Park PA 19027, on the 28 DAY OF APRIL, 2015 at 9:36AM, in the manner described below:

By service upon SCOTT M. BLANCHE, SENIOR RESIDENT DIRECTOR OF MERRILL LYNCH as agent or person in charge of office or usual place of business.

**Description**

**Age**       **Height** 6'2"-6'4"    **Weight**           **Race** Caucasian    **Sex** M    **Hair** Brown

**Other**

Sworn to and subscribed before me this

_____ day of _____

Process Server/Sheriff

Notary Public

**Law Firm**       **Phone**   (610)690-0801
Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070
Identification #

**BR Serve By** 5/18/2015
**Filed Date** 4/21/2015

ORIGINAL                                                                 Proces

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-2112

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael J. Haberman
was received by me on *(date)* 04/27/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Scott M. Blanche, Sr. Resident Dir. of Merrill Lynch, who is
designated by law to accept service of process on behalf of *(name of organization)* Michael J. Haberman
_____ on *(date)* 04/28/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Served at: Merrill Lynch & Co., Inc., and/or Bank of America at 8380 Old York Road, Suite 400, Elkins Park, PA 19027

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/29/2015

*Server's signature*

James Davis, Process Server
*Printed name and title*

235 S. 13th Street,
Philadelphia, PA 19107

*Server's address*

Additional information regarding attempted service, etc: